FILED

JAN - 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR0040 JAH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JOSE GUEVARA, | |
| Defendant. | |

The United States Attorney charges:

On or about December 10, 2012, within the Southern District of California, defendant JOSE GUEVARA did knowingly and intentionally import 500 grams and more, to wit: approximately 15.82 kilograms (34.80 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/2/13 .

LAURA E. DUFFY
United States Attorney

JANET A. CABRAL
Assistant U.S. Attorney

JCAB:jam:San Diego
12/18/12