# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 13CR0040 JAH

vs )  ABSTRACT OF ORDER

JOSE GUEVARA )  Booking No. 35921298
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5/7/13
the Court entered the following order:

____✓____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
____✓____ Defendant released on $ 20,000 P/S bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case dismissed.
_____ Case dismissed, charges pending in case no. _____
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other.

**KAREN S. CRAWFORD**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.    Clerk
by
                                     Deputy Clerk
                                     P. DELA CRUZ

Received _____
         DUSM

Crim-9  (Rev. 8-11)                              ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY